IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED FIRE AND CASUALTY COMPANY,
An Iowa corporation,

    Plaintiff,

v.                                                                  Civil Action No. 1:12-cv-01130 JCH/CG

JOE D. ROYBAL, d/b/a BMS DRILLING;
RICHARD LANDAVAZO; VIRGINIA
LANDAVAZO,

    Defendants.

## JOINT MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL ORDER

Plaintiff United Fire and Casualty Company ("United Fire"), and Defendants Joe D. Roybal d/b/a BMS Drilling, Richard Landavazo and Virginia Landavazo, through their respective counsel, hereby move the Court, pursuant to Rule 6(b), Fed. R. Civ. P., for an order extending the time for the parties to file the Pretrial Order in this case. As good cause for the motion, the parties state:

1.  The Pretrial Order in this case is due on or before November, 28, 2013, Thanksgiving Day. (Doc. 32, p. 2.)

2.  Plaintiff's counsel has transmitted Plaintiff's portion of the Pretrial Order to defense counsel, in accordance with the deadline in the Scheduling Order (Doc. 32), however, Plaintiff's counsel will be out of town, for the Thanksgiving holiday, from November 27 through December 1, 2013.

3. The parties request that the deadline to file the Pretrial Order be extended for a short period, from November 27, 2013 to December 4, 2013, to allow the parties additional time to confer and finalize the Pretrial Order before it is submitted to the Court.

WHEREFORE, the parties request that the Court grant them an extension of time from November 28, 2013 to December 4, 2013, to file the Pretrial Order.

Respectfully submitted,

 /s/ M. Eliza Stewart
M. Eliza Stewart, Esq.
Madison & Mroz, P.A.
PO Box 25467
Albuquerque, NM 87125-546
Telephone:	(505) 242-2177
Facsimile:	(505) 242-7184
mes@madisonlaw.com
*Counsel for Plaintiff*
*United Fire and Casualty Company*

 Approved via Email 11/26/13
Ray M. Vargas, II, Esq.
The Vargas Law Firm, LLC
807 Silver Ave SW
Albuquerque, NM 87102-3020
Telephone:  (505) 242-1670
Facsimile:  (505)242-1487
ray@vargaslawfirmabq.com
*Counsel for Defendant*
*Joe D. Roybal d/b/a BMS Drilling*

 Telephonically Approved 11/26/13
Stephen M. Torres, Esq.
505 Marquette Ave NW Ste 1805
Albuquerque, NM 87102-1272
Telephone:  (505) 839-0123
Facsimile:  (505) 839-4017
smjltorres@msn.com
*Counsel for Defendants*
*Richard Landavazo and Virginia Landavazo*